### CHICK v. STATE.
### No. 16069.

Court of Criminal Appeals of Texas.
May 24, 1933.

Paul Petty, of Ballinger, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for transportation of intoxicating liquor; punishment being one year in the penitentiary.

The indictment appears to be regular in form. The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.